**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

WESLEY L. PETTWAY, :

    Plaintiff :

vs. : CA 10-127-C

MICHAEL J. ASTRUE
Commissioner of Social Security, :

    Defendant. :

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying plaintiff benefits be **AFFIRMED**.

**DONE** this the 27th day of September, 2010.

                      s/ WILLIAM E. CASSADY
                      **UNITED STATES MAGISTRATE JUDGE**